KSC/10.12.25

AR/LNE USAO: 2025R00344

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 15 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. SAG-25-307 |
| CALVESTA CAMPBELL, | * (Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1) & (b)(1)(A); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853) |
| Defendant. | * |

*******

## INDICTMENT

### COUNT ONE
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

On or about May 27, 2025, in the District of Maryland, the Defendant,

**CALVESTA CAMPBELL,**

did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 in the event of the Defendant's conviction under Count One of this Indictment.

2. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**CALVESTA CAMPBELL,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any such offense; and

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to:

    a. a forfeiture money judgment in the amount the Defendant obtained as a result of the offense alleged in Count One of this Indictment.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Kelly O. Hayes /AR*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

10/15/2025

Date

3